# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 6, 2012

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| CRAIG STEFFEN,<br>　　　　　　*Plaintiff-Appellant*,<br><br>No. 11-2664　　　　v.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL, ET AL.,<br><br>　　　　　*Defendants-Appellees*. | Appeal from the United States District Court for the Eastern Division of Wisconsin.<br><br>No. 09 C 120<br><br>Aaron E. Goodstein,<br>　*Magistrate Judge*. |

## O R D E R

The opinion issued in the above-entitled case on March 21, 2012, is hereby amended as follows:

On page 12, last paragraph, fourth line, should read:

"...the USPS' past transgressions does **not** alter the fact that he...."